## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

—————————————————————
|  |  |  |
|---|---|---|
| Sheet Metal Workers Local #218(S) | ) | |
| Pension Fund, | ) | |
| | ) | |
| Plaintiff | ) | Civ. No. 07-1957 (PLF) |
| | ) | |
| *v.* | ) | |
| | ) | |
| Roderick M. Hills, *et al.*, | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |
| -and- | ) | |
| | ) | |
| Chiquita Brands International, Inc. | ) | |
| | ) | |
| Nominal Defendant. | ) | |

—————————————————————

## NOTICE OF APPEARANCE

TO NANCY MAYER-WHITTINGTON, CLERK:

You are hereby notified that attorney Eric H. Holder, Jr. of Covington & Burling LLP appears as counsel on behalf of nominal defendant Chiquita Brands International, Inc. in the above-entitled action.

Respectfully submitted,

_____/s/ Eric H. Holder, Jr._____
Eric H. Holder, Jr. (D.C. Bar No. 303115)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
(202) 662-5372 (telephone)
(202) 778-5372 (facsimile)
eholder@cov.com

*Attorney for Defendant Chiquita Brands International, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on this 17th day of December, 2007, a true and correct copy

of the foregoing Notice of Appearance was served *by electronic filing* under the Rules of this

Court upon:

> Jonathan W. Cuneo
> Cuneo Gilbert & LaDuca, LLP
> 507 C. Street N.E.
> Washington, D.C. 20002
> *Counsel for Plaintiff*

and *by U.S. mail, postage prepaid,* upon the following parties:

> Robert M. Stern
> O'Melveny & Myers LLP
> 1625 Eye Street, NW
> Washington, DC  20006-4001
> *Counsel for Roderick M. Hills*

> Robert S. Litt
> Arnold & Porter LLP
> 555 Twelfth Street, NW
> Washington, DC  20004-1206
> *Counsel for Robert F. Kistinger, Warren J. Ligan, Carl H. Lindner,*
> *Keith E. Lindner, Robert W. Olson, James B. Riley, William A. Tscalis,*
> *Steven G. Warshaw, and Jeffrey M. Zalla.*

> Jeffrey B. Maletta
> Kirkpatrick & Lockhart Preston Gates Ellis
> 1601 K Street, NW
> Washington, DC  20006-1600
> *Counsel for Fernando Aguirre, Morten Arntzen, Jeffrey D. Benjamin,*
> *Robert W. Fisher, Steven Stanbrook, William W. Verity, and Oliver*
> *Waddell*

> Eli R. Mattioli
> Thelen Reid Brown Raysman & Steiner LLP
> 875 Third Avenue
> New York, NY  10022
> *Counsel for John W. Braukman, III*

> _/s/_    Eric H. Holder, Jr.
> Eric H. Holder, Jr.