IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Sheet Metal Workers Local #218(S) Pension Fund, | )<br>)<br>) |
| Plaintiff | ) Civ. No. 07-1957 (PLF) |
| v. | )<br>) |
| Roderick M. Hills, *et al.*, | )<br>) |
| Defendants | )<br>) |
| -and- | )<br>) |
| Chiquita Brands International, Inc. | )<br>) |
| Nominal Defendant. | ) |

## NOTICE OF APPEARANCE

TO NANCY MAYER-WHITTINGTON, CLERK:

You are hereby notified that attorney Jenny R. Mosier of Covington & Burling LLP appears as counsel on behalf of nominal defendant Chiquita Brands International, Inc. in the above-entitled action.

Respectfully submitted,

/s/ Jenny R. Mosier
Jenny R. Mosier (D.C. Bar No. 488486)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 662-5562 (telephone)
(202) 778-5562 (facsimile)
jmosier@cov.com

*Attorney for Defendant Chiquita Brands International, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 17th day of December, 2007, a true and correct copy of the foregoing Notice of Appearance was served *by electronic filing* under the Rules of this Court upon:

>Jonathan W. Cuneo
>Cuneo Gilbert & LaDuca, LLP
>507 C. Street N.E.
>Washington, D.C. 20002
>*Counsel for Plaintiff*

and *by U.S. mail, postage prepaid,* upon the following parties:

>Robert M. Stern
>O'Melveny & Myers LLP
>1625 Eye Street, NW
>Washington, DC  20006-4001
>*Counsel for Roderick M. Hills*
>
>Robert S. Litt
>Arnold & Porter LLP
>555 Twelfth Street, NW
>Washington, DC  20004-1206
>*Counsel for Robert F. Kistinger, Warren J. Ligan, Carl H. Lindner, Keith E. Lindner, Robert W. Olson, James B. Riley, William A. Tscalis, Steven G. Warshaw, and Jeffrey M. Zalla.*
>
>Jeffrey B. Maletta
>Kirkpatrick & Lockhart Preston Gates Ellis
>1601 K Street, NW
>Washington, DC  20006-1600
>*Counsel for Fernando Aguirre, Morten Arntzen, Jeffrey D. Benjamin, Robert W. Fisher, Steven Stanbrook, William W. Verity, and Oliver Waddell*
>
>Eli R. Mattioli
>Thelen Reid Brown Raysman & Steiner LLP
>875 Third Avenue
>New York, NY  10022
>*Counsel for John W. Braukman, III*

                                              /s/     Jenny R. Mosier
                                                 Jenny R. Mosier