IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Sheet Metal Workers Local #218(S) Pension Fund,<br><br>      Plaintiff<br><br>v.<br><br>Roderick M. Hills, *et al.*,<br><br>      Defendants.<br><br>-and-<br><br>Chiquita Brands International, Inc.<br>250 East Fifth Street,<br>Cincinnati, Ohio 45202<br><br>      Nominal Defendant. | Civ. No. 07-1957 (PLF) |

**STIPULATION FOR ENLARGEMENT OF TIME TO
ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

WHEREAS, plaintiff commenced this action on October 31, 2007; and

WHEREAS, on November 26, 2007, nominal defendant Chiquita Brands International, Inc. ("Chiquita") filed a motion before the Judicial Panel on Multidistrict Litigation, pursuant to 28 U.S.C. § 1407, to centralize this and five other related actions in this Court for coordinated or consolidated pretrial proceedings (the "MDL Motion");

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that:

    1.    Counsel for Chiquita is authorized and has agreed to accept service of the complaint on behalf of all defendants other than Roderick M. Hills;

    2. Plaintiff shall file an amended complaint no later than twenty-one (21) days after the MDL Motion is decided; and

    3. Defendants shall answer, move, or otherwise respond to the amended complaint no later than thirty (30) days after it is filed.

Dated: Washington, D.C.
       December 17, 2007

| CUNEO GILBERT & LADUCA LLP | COVINGTON & BURLING LLP |
|---|---|
| By: */s/ Jonathan W. Cuneo* | By: */s/ Jenny R. Mosier* |
| Jonathan W. Cuneo (D.C. Bar No. 939389)<br>Michael G. Lenett (D.C. Bar No. 425592)<br>507 C. Street N.E.<br>Washington, D.C. 20002<br>Telephone: (202) 789-3960<br>Facsimile: (202) 789-1813<br><br>*Counsel to Plaintiff* | Eric. H. Holder, Jr. (D.C. Bar No. 303115)<br>Jenny R. Mosier (D.C. Bar No. 488486)<br>1201 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004-2401<br>Telephone: (202) 662-6000<br>Facsimile: (202) 662-6291<br><br>Jonathan M. Sperling<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018-1405<br>Telephone: (212) 841-1000<br>Facsimile: (212) 841-1010<br><br>*Counsel to Defendant*<br>*Chiquita Brands International, Inc.* |

APPROVED:

this ___ day of _____, 200_

                                             THE HONORABLE PAUL L. FRIEDMAN
                                             UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 17th day of December, 2007, a true and correct copy of the foregoing Stipulation for Enlargement of Time to Answer or Otherwise Respond to Plaintiff's Complaint was served *by electronic filing* under the Rules of this Court upon:

> Jonathan W. Cuneo
> Cuneo Gilbert & LaDuca, LLP
> 507 C. Street N.E.
> Washington, D.C. 20002
> *Counsel for Plaintiff*

and *by U.S. mail, postage prepaid,* upon the following parties:

> Robert M. Stern
> O'Melveny & Myers LLP
> 1625 Eye Street, NW
> Washington, DC  20006-4001
> *Counsel for Roderick M. Hills*
>
> Robert S. Litt
> Arnold & Porter LLP
> 555 Twelfth Street, NW
> Washington, DC  20004-1206
> *Counsel for Robert F. Kistinger, Warren J. Ligan, Carl H. Lindner, Keith E. Lindner, Robert W. Olson, James B. Riley, William A. Tscalis, Steven G. Warshaw, and Jeffrey M. Zalla.*
>
> Jeffrey B. Maletta
> Kirkpatrick & Lockhart Preston Gates Ellis
> 1601 K Street, NW
> Washington, DC  20006-1600
> *Counsel for Fernando Aguirre, Morten Arntzen, Jeffrey D. Benjamin, Robert W. Fisher, Steven Stanbrook, William W. Verity, and Oliver Waddell*
>
> Eli R. Mattioli
> Thelen Reid Brown Raysman & Steiner LLP
> 875 Third Avenue
> New York, NY  10022
> *Counsel for John W. Braukman, III*

                                            /s/     Jenny R. Mosier
                                                Jenny R. Mosier