UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHEET METAL WORKERS LOCAL #218(s) PENSION FUND, Derivatively on Behalf of CHIQUITA BRANDS INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> RODERICK M. HILLS, et al., <br><br> Defendants, <br><br> – and – <br><br> CHIQUITA BRANDS INTERNATIONAL, INC., a New Jersey corporation, <br><br> Nominal Defendant. | Civil No. 1:07-cv-01957-PLF |

[Caption continued on following page.]

NOTICE OF WITHDRAWAL OF MOTION TO CONSOLIDATE AND ESTABLISH A
LEADERSHIP STRUCTURE AND RESPONSE TO DEFENDANTS' MOTION TO DEFER
BRIEFING ON PLAINTIFF'S MOTION TO CONSOLIDATE AND ESTABLISH A
LEADERSHIP STRUCTURE

HAWAII ANNUITY TRUST FUND FOR          )     Civil Action No. 1:08-cv-00081-PLF
OPERATING ENGINEERS, Derivatively on   )
Behalf of CHIQUITA BRANDS              )
INTERNATIONAL, INC.,                   )
                                       )
                    Plaintiff,         )
                                       )
        vs.                            )
                                       )
RODERICK M. HILLS, et al.,             )
                                       )
                    Defendants,        )
                                       )
        – and –                        )
                                       )
CHIQUITA BRANDS INTERNATIONAL,         )
INC., a New Jersey corporation,        )
                                       )
            Nominal Defendant.         )
                                       )
_____)

WHEREAS, on January 25, 2008, The Hawaii Trust Fund for Operating Engineers (the "Trust Fund") filed a Motion to Consolidate Related Shareholder Derivative Actions and Establish a Leadership Structure;

WHEREAS, on January 28, 2008, Defendants filed a Motion to Defer Briefing on the Trust Fund's Motion to Consolidate Shareholder Derivative Actions and Establish a Leadership Structure and Request For Expedited Briefing on This Motion; and

WHEREAS, based on Plaintiff counsel's attendance at the January 30, 2008 MDL Panel hearing in Arizona and the cogent arguments presented by plaintiffs' and defendants' counsel vis-à-vis the advantages of proceeding in this District and in the Southern District of Ohio, the Trust Fund believes that the decision regarding consolidation and establishment of a leadership structure should be postponed, pending the ruling of the MDL Panel;

THEREFORE, the Trust Fund respectfully withdraws its Motion to Consolidate and Establish a Leadership Structure and submits that Defendants' Motion to Defer Briefing on Plaintiff's Motion to Consolidate and Establish a Leadership Structure is moot.

DATED:  January 31, 2008                    THE LAW OFFICE OF ROGER M. ADELMAN
                                            ROGER M. ADELMAN (DC Bar # 056358)


                                            _____
                                                s/ ROGER M. ADELMAN
                                                ROGER M. ADELMAN

                                            1100 Connecticut Ave., NW, Suite 730
                                            Washington, DC  20036
                                            Telephone:  202/822-0600
                                            202/822-6722 (fax)

COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
PATRICK J. COUGHLIN
ARTHUR C. LEAHY
AMBER L. ECK
MARY K. BLASY
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Attorneys for Plaintiff

S:\CasesSD\Chiquita Derivative\NOT00048844.doc

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 31, 2008, I electronically filed the foregoing with the Clerk

of the Court using the CM/ECF system which will send notification of such filing to the e-mail

addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.  Executed on January 31, 2008.

s/ ROGER M. ADELMAN
ROGER M. ADELMAN

LAW OFFICES OF ROGER M. ADELMAN
ROGER M. ADELMAN (DC Bar # 056358)
1100 Connecticut Ave., NW, Suite 730
Washington, DC  20036
Telephone:  202/822-0600
202/822-6722 (fax)

E-mail:  radelman@erols.com

# Mailing Information for a Case 1:08-cv-00081-PLF

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Roger M. Adelman**
  radelman@erols.com,tlatimer@csgrr.com,e_file_sd@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

CHIQUITA DERIVATIVE
Service List - 1/22/2008     (07-0235)
Page 1 of 1

**Counsel For Defendant(s)**

Robert S. Litt
Arnold & Porter LLP
555 Twelfth Street, N.W.
Washington, DC  20004-1206
  202/942-5000
  202/942-5999 (Fax)


Eric H. Holder, Jr.
Jenny R. Mosier
Covington & Burling LLP
1201 Pennsylvania Avenue, N.W.
Washington, DC  20004
  202/662-6000
  202/662-6291 (Fax)


Robert M. Stern
O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, DC  20006-4001
  202/383-5300
  202/383-5414 (Fax)


Michael  Connolly
Thelen Reid Brown Raysman & Steiner LLP
200 Campus Drive, Suite 210
Florham Park, NJ  07932
  973/660-4400
  973/660-4401 (Fax)

Jonathan M. Sperling
Jessica A. Clarke
Covington & Burling LLP
620 Eighth Avenue
New York, NY  10018
  212/841-1000
  212/841-1010 (Fax)


Jeffrey B. Maletta
Kirkpatrick & Lockhart Preston Gates Ellis LLP
1601 K Street, N.W.
Washington, DC  20006
  202/778-9000
  202/778-9100 (Fax)


Sean  Mack
Pashman Stein
21 Main Street, First Floor
Court Plaza South
Hackensack, NJ  07601
  201/488-8200
  201/488-5556 (Fax)


Eli R. Mattioli
Thelen Reid Brown Raysman & Steiner LLP
875 Third Avenue, 10th Floor
New York, NY  10022
  212/603-6748
  212/603-2001 (Fax)