UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

STEVEN M. LARIMORE
CLERK OF COURT



March 18, 2008

United States District Court
District of District of Columbia
Nancy Mayer-Whittington, Clerk
1834 E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, NW
Washington, DC 20001-2802

RE:  MDL No. 1916 Chiquita Brands International, Inc., Alien Tort Statute and Shareholders
     Derivative Litigation
        Our Case #(s)   08-MD-1916
        Your Case Nos.  1:07-1048 Jane/John Does 1-144 V. Chiquita Brands International, Inc.
                1:07-1957 Sheet Metal Workers Local #218 (S) Pension Fund, etc. V. Roderick M.
                Hills, et al.

Dear Clerk:

Attached is a certified copy of the order from the Judicial Panel on Multidistrict Litigation (MDL Panel) transferring the above entitled action to the Southern District of Florida. This case will be directly assigned to the Honorable Kenneth A. Marra.

Please forward the court file (including originating Complaint or Notice of Removal, any amendments, docket sheet, and MDL Transfer Order) as PDF documents to the Southern District of Florida via electronic mail at: CMECF_CaseTransfers@flsd.uscourts.gov

STEVEN M. LARIMORE
Clerk of Court


by: _s/_____
    Dena R. Eaton
    MDL Clerk